IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 2 2008

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| ROGER LEE MARTIN, JR., ) | |
|    Plaintiff, ) | Civil Action No. 7:08-cv-00296 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BLUE RIDGE REGIONAL JAIL, <u>et. al.</u>, ) | By: Hon. James C. Turk |
|    Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of May, 2008.

/s/ James C. Turk
Senior United States District Judge